JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :    **INDICTMENT**

LUIS FUENTES,                   :
     a/k/a "Bebe," and                07 Cr.
JUAN RIVERA,                    :
     a/k/a "Jay,"                   07 CRIM.  430
                                :
        Defendants.
                                :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.   In or about March 2007, in the Southern District of New York, LUIS FUENTES, a/k/a "Bebe," and JUAN RIVERA, a/k/a "Jay," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, FUENTES and RIVERA, together with others known and unknown, conspired to rob a cocaine dealer of 7 to 10 kilograms of cocaine and narcotics proceeds in the vicinity of Isham Avenue and 10th Avenue, in New York, New York.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

2. On or about March 14, 2007, in the Southern District of New York, LUIS FUENTES, a/k/a "Bebe," and JUAN RIVERA, a/k/a "Jay," the defendants, and others known and unknown, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, a loaded .25 caliber pistol.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

Count Three

The Grand Jury further charges:

3. In or about March 2007, in the Southern District of New York and elsewhere, LUIS FUENTES, a/k/a "Bebe," and JUAN RIVERA, a/k/a "Jay," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

4. It was a part and an object of the conspiracy that LUIS FUENTES, a/k/a "Bebe," and JUAN RIVERA, a/k/a "Jay,"

the defendants, and others known and unknown, would and did distribute and possess with intent to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

    (Title 21, United States Code, Section 846.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

LUIS FUENTES,
a/k/a "Bebe,"
JUAN RIVERA,
a/k/a "Jay,"

Defendant.

07 Cr.

**INDICTMENT**

(Title 18, United States Code, Sections
1951, 924(c) and 2; Title 21, United
States Code, Section 846)

        MICHAEL J. GARCIA
     United States Attorney

A TRUE BILL.

_____
              Foreperson.

5-14-07  Filed Indictment Case assigned to J, Rakoff.

Pitman
*illegible* U.S.M.J.