# EXHIBIT A

**Martha Morales**
**1185 Fulton Ave.  # WIB**
**Bronx, N.Y. 10456**
**Tel: (718)991-7910**

**Honorable Judge Jed S. Rakoff,**

    I am writing this letter in behalf of my son Juan A. Rivera, expressing to you the way my son is as a person, father and son.  Juan has five children which only four of his children reside in New York and his older daughter Iveliz resides in Puerto Rico with her grandmother on her mother's side. All of his children love him very much even the one in Puerto Rico.

    The reason for this letter is, that they miss him very much, because he is good with his children he likes to play take care of them and even was all into his kids homework and school. Also as person he is good kind likes to be helpful with everyone.  He is always ready to work.   His life has been pretty good until he didn't use his head and got into so many problems, but he was doing well when he came home the last time. Until he couldn't get a decent job, cause his record and that why he is in trouble now.

    Your Honor I would kindly appreciate that my son would not be send to far, for these reasons:  His kids miss him and would like to keep in touch with him. The other is that I his mother have a heart condition and very bad leg problems and can't travel too far. Also as a brother he loves his brothers a lot and cares for them very much. As for me he uses to help me out in everything in the house.  I hope that you take this letter in consideration in the sentencing of my son.

    Thanking you in advance for your cooperation.

Yours Truly,

*Martha Morales*

Justin Rivera
1185 Fulton Ave. #WIB
Bronx, N.Y. 10456
Tel: (718) 991-7910

October 1, 2007

Dear Judge Jed S. Rakoff,

I am writing this letter for my father Juan A. Rivera, because I love my father very much and it's hard for me communicate with him if he is taken far away from New York. My family doesn't have a lot of money to travel to go see him. Your honor I miss my father so much and I would like to keep in contact with my father.

I know that my father has not done good things in his life but even though he has tried to do good thing it hasn't been easy for him.
I am asking to please don't take my father to far from all of us.

I hope that this letter helps my father in his sentencing. I would like to thank you in advance for your cooperation.

Yours Truly,
Justen Rivera

9-27-07

Dear Judge Rakoff,

My name is Destiny Rivera. I am 9 years old and in the 3rd grade. Judge I miss my Papi so much and I love him very much. I miss my Papi when he used to read to me and help me with my homework. I miss the most about Papi is miss playing basketball we love that. Please Judge don't take my Papi away from me and my brothers and sisters we love him and miss him very much

Love always
♡
Destiny Rivera

September 28, 2007

Honorable Judge Jed S. Rakoff:

    I am writing this letter on behalf of Mr. Juan Rivera. Mr. Rivera is my former boyfriend and the father of my two young children: Destiny, 9 and Jaylan, 10 months. He is a very caring individual who is a loving and devoted father. Although, we are no longer together as a couple, we still remain close friends for the sake of our kids. He will always play an integral part of my life. As parents of young children, we always make them our first priority. Juan has always provided a safe and loving home for our children and his other children. Over the years, Juan had limited resources, but he provided the basic necessities for our children; he would read to them, play with them and act like a typical dad. I think it is in the best interests of the children that Juan is close to home. This will allow for all of his children to continue to see their father and maintain their close bond with him. As a single mother, it has been extremely difficult financially for me since he has been locked up. I will not be able to travel far to see him or take off from work.

    In closing, I do want to reiterate that Mr. Juan Rivera is a good person and a wonderful father and he clearly understands his poor judgment. Hon. Judge Rakoff, I hope you can also be lenient when it comes time to sentencing Mr. Rivera. I do hope the Court will realize how important it is for him to be close to home, so that he can continue to be a part of our lives.

Respectfully,

Sehada Hadzovic

Erik Rivera
1185 Fulton Ave. # WIE
Bronx, N.Y. 10456

October 2, 2007

Honorable Judge Jed S. Rakoff,

I am writing this letter in behalf of my brother Juan A. Rivera. My brother is a good hearted person he is also very good to his family. He is very understanding and cooperative person.

The bad think about my brother is that, because of his records and not using his head the right way has cause him all these problems. Especially the one he's now but, not because he has done wrong thinks I'm not going to love my brother and miss him either. He loves his children and his family.

I hope that our letters and by asking you to helps us keep my brother near so we could visit him and also keep in contact with him. I would like to thank you in advance for your cooperation.

Sincerely,

*Erik Rivera* (signature)

# EXHIBIT B

October 1, 2007

Honorable Judge Jed S. Rakoff:

    I am writing in regards to Mr. Juan Rivera which is a very close friend of mine and my husband. Mr. Rivera is a caring individual and devoted father to his children. We have been friends for the past 5 years. We gone on a lot of family outings with our kids. He is a good father. He has always provided the basic necessities for his children. He has made some poor/negative decisions in his life which he dearly regrets.

    I hope that the Court will be lenient when it comes time to sentencing Mr. Rivera, so that he can remain close to his kids and family. This will allow for all of his children to continue to see their father.

Sincerely,

Siomara & Noel Ortiz

10/05/2007 13:57 FAX 2127595551  THE BARRISONS  ☐003/005
Case 1:07-cr-00430-JSR    Document 14-2    Filed 10/13/2007    Page 9 of 12
10- 3-07; 1:24PM;commonwealth fund                ;12126063517       # 2/ 2

September 27, 2007

Honorable Judge Jed S. Rakoff:

I am writing this letter on behalf of my friend of 10 years, Juan Rivera. He has been a great friend that always provided me with unlimited support in my time of need. Juan loves kids so much, it is so apparent when you spend time with him. He has baby-sitted my twins a few times and that is not an easy accomplishment. He has made some bad decisions and he is very remorseful. Finding a job is not an easy task, especially for a former inmate. I hope the court will be lenient with Juan and he can remain close to his kids. His children are his only bright thing in his life.

Sincerely,

Tammy & Ray Perez

September 27, 2007

Honorable Judge Jed S. Rakoff:

    I am writing this letter on behalf of my friend of 7 years, Mr. Juan Rivera. Mr. Rivera has been a great friend to me and has always provided me with support in my time of need. He loves all his kids so much, that it's so apparent when you spend time with him. He has made some poor decisions in his life and he is very remorseful.

    I hope that the Court will be lenient when it comes time to sentencing Mr. Rivera, so that he can remain close to his kids.

    Thank you.

Respectfully,

Carolina Echeverria

EXHIBIT C

**MONTEFIORE MEDICAL CENTER**

The University Hospital for the Albert Einstein College of Medicine

Henry and Lucy Moses Division

111 East 210th Street
Bronx, New York 10467-2490
718-

**MONTEFIORE**

6/26/2007

Dear Sir or Madam:

My patient Martha Fuentes DOB 2/26/1949 has coronary artery disease, and suffers chronically from exertional dyspnea, limiting her ability to ambulate great distances.

For more information, please call me.

Arlene Tieng, MD
Arlene Tieng, MD