EXHIBIT A

**Martha Morales**
**1185 Fulton Ave.  # W1B**
**Bronx, N.Y. 10456**
**Tel: (718)991-7910**

**Honorable Judge Jed S. Rakoff,**

I am writing this letter in behalf of my son Juan A. Rivera, expressing to you the way my son is as a person, father and son. Juan has five children which only four of his children reside in New York and his older daughter Iveliz resides in Puerto Rico with her grandmother on her mother's side. All of his children love him very much even the one in Puerto Rico.

The reason for this letter is, that they miss him very much, because he is good with his children he likes to play take care of them and even was all into his kids homework and school. Also as person he is good kind likes to be helpful with everyone. He is always ready to work.  His life has been pretty good until he didn't use his head and got into so many problems, but he was doing well when he came home the last time. Until he couldn't get a decent job, cause his record and that why he is in trouble now.

Your Honor I would kindly appreciate that my son would not be send to far, for these reasons:  His kids miss him and would like to keep in touch with him.  The other is that I his mother have a heart condition and very bad leg problems and can't travel too far. Also as a brother he loves his brothers a lot and cares for them very much. As for me he uses to help me out in everything in the house.  I hope that you take this letter in consideration in the sentencing of my son.

Thanking you in advance for your cooperation.

Yours Truly,

Martha Morales

Justin Rivera
1185 Fulton Ave. #WIB
Bronx, N.Y. 10456
Tel: (718) 991-7910

October 1, 2007

Dear Judge Jed S. Rakoff,

I am writing this letter for my father Juan A. Rivera, because I love my
father very much and it's hard for me communicate with him if he is
taken far away from New York. My family doesn't have a lot of money
to travel to go see him.  Your honor I miss my father so much and I
would like to keep in contact with my father.

I know that my father has not done good things in his life but even
though he has tried to do good thing it hasn't been easy for him.
I am asking to please don't take my father to far from all of us.

I hope that this letter helps my father in his sentencing.  I would like to
thank you in advance for your cooperation.

Yours Truly,
Justen Rivera

9-27-07

Dear Judge Rakoff.

My name is Destiny Rivera. I am 9 years old and in the 3rd grade Judge I miss my Papi so much and I Love him very much. I miss my Papi when he used to read to me and help me with my homework. I miss the most about Papi is miss playing basketball we Love that. Please Judge don't take my Papi away from me and my brothers and sisters We Love him and miss him very much

Love always ♡

Destiny Rivera

September 28, 2007

Honorable Judge Jed S. Rakoff:

I am writing this letter on behalf of Mr. Juan Rivera. Mr. Rivera is my former boyfriend and the father of my two young children: Destiny, 9 and Jaylan, 10 months. He is a very caring individual who is a loving and devoted father. Although, we are no longer together as a couple, we still remain close friends for the sake of our kids. He will always play an integral part of my life. As parents of young children, we always make them our first priority. Juan has always provided a safe and loving home for our children and his other children. Over the years, Juan had limited resources, but he provided the basic necessities for our children; he would read to them, play with them and act like a typical dad. I think it is in the best interests of the children that Juan is close to home. This will allow for all of his children to continue to see their father and maintain their close bond with him. As a single mother, it has been extremely difficult financially for me since he has been locked up. I will not be able to travel far to see him or take off from work.

In closing, I do want to reiterate that Mr. Juan Rivera is a good person and a wonderful father and he clearly understands his poor judgment. Hon. Judge Rakoff, I hope you can also be lenient when it comes time to sentencing Mr. Rivera. I do hope the Court will realize how important it is for him to be close to home, so that he can continue to be a part of our lives.

Respectfully,

Sehada Hadzovic

Erik Rivera
1185 Fulton Ave. # WIE
Bronx, N.Y. 10456

October 2, 2007

Honorable Judge Jed S. Rakoff,

I am writing this letter in behalf of my brother Juan A.
Rivera. My brother is a good hearted person he is also very
good to his family. He is very understanding and
cooperative person.

The bad think about my brother is that, because of his
records and not using his head the right way has cause him
all these problems. Especially the one he's now but, not
because he has done wrong thinks I'm not going to love my
brother and miss him either. He loves his children and his
family.

I hope that our letters and by asking you to helps us keep
my brother near so we could visit him and also keep in
contact with him. I would like to thank you in advance for
your cooperation.

Sincerely,

Erik Rivera . . . . . . . . . . . . . . . . . . . . . .

EXHIBIT B

October 1, 2007

Honorable Judge Jed S. Rakoff:

I am writing in regards to Mr. Juan Rivera which is a very close friend of mine and my husband. Mr. Rivera is a caring individual and devoted father to his children. We have been friends for the past 5 years. We gone on a lot of family outings with our kids. He is a good father. He has always provided the basic necessities for his children. He has made some poor/negative decisions in his life which he dearly regrets.

I hope that the Court will be lenient when it comes time to sentencing Mr. Rivera, so that he can remain close to his kids and family. This will allow for all of his children to continue to see their father.

Sincerely,

Siomara & Noel Ortiz

10/05/2007 13:57 FAX 2127595551    THE BARRISONS    @003/005
Case 1:07-cr-00430-JSR    Document 18-2    Filed 10/18/2007    Page 9 of 31
10- 3-07; 1:24PM;commonwealth fund    ;12128068917    # 2/ 2

September 27, 2007

Honorable Judge Jed S. Rakoff:

I am writing this letter on behalf of my friend of 10 years, Juan Rivera. He has been a great friend that always provided me with unlimited support in my time of need. Juan loves kids so much, it is so apparent when you spend time with him. He has baby-sitted my twins a few times and that is not an easy accomplishment. He has made some bad decisions and he is very remorseful.  Finding a job is not an easy task, especially for a former inmate. I hope the court will be lenient with Juan and he can remain close to his kids. His children are his only bright thing in his life.

Sincerely,

Tammy & Ray Perez

September 27, 2007

Honorable Judge Jed S. Rakoff:

I am writing this letter on behalf of my friend of 7 years, Mr. Juan Rivera. Mr. Rivera has been a great friend to me and has always provided me with support in my time of need. He loves all his kids so much, that it's so apparent when you spend time with him. He has made some poor decisions in his life and he is very remorseful.

I hope that the Court will be lenient when it comes time to sentencing Mr. Rivera, so that he can remain close to his kids.

Thank you.

Respectfully,

Carolina Echeverria

EXHIBIT C

**MONTEFIORE MEDICAL CENTER**
The University Hospital
for the Albert Einstein
College of Medicine

Henry and Lucy Moses Division

111 East 210th Street
Bronx, New York 10467-2490
718-

**MONTEFIORE**

6/26/2007

Dear Sir or Madam:

My patient Martha Fuente DOB 2/26/1949
has coronary artery disease, and suffers
chronically from exertional dyspnea, limiting
her ability to ambulate great distances.

For more information, please call me.

Arlene Tsang, MD
Arlene Tsang, MD

EXHIBIT D

# BRONX LEBANON HOSPITAL CENTER-MMTP

## APPLICATION FORM FOR ADMISSION

### General Information

Last Name: _Rivera_                                          First Name: _Juan_

Date of Birth: _███████_        Sex: _M_     Telephone #: _(718) 860-1660_

Are you Pregnant? Yes: _____ No: _✓_    Social Security Number: _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_

Address: (Street) _1234 Fulton Ave_                              (Apt.) _7_

(City/County) _Bronx_             .    (State) _NY_            (Zip) _10456_

### Employment And Financial Information

Are you on Public Assistance? Yes: _✓_ No: _____    Medicaid Number: _VM97133C-Guotyk 098C 1971 334 02_

Are you on SSI? Yes: _____ No: _✓_    Are you Employed? Yes: _____ No: _✓_

Name/Address of Employer: _____ Tel.# : _____

### Heroin Use History

When did you first use Heroin? _1992_        Number of Years of Daily Heroin Use: _10_

Route of Use (I.V., sniff, etc.): _Sniff_    Number of bags and/or cost per day: _$150.00_

### Current Secondary Drug Use

Methadone ("street meth"): Yes: _____ No: _✓_        Cocaine: Yes: _____ No: _✓_

Alcohol: Yes: _____ No: _✓_    Benzodiazepines ("Benzo's"): Yes: _____ No: _✓_

Amphetamines ("speed"): Yes: _____ No: _✓_    Other (specify): _____

### Treatment History

_____ _none_ _____

_____

_____

Patient Signature: _Juan Rivera_                        Date: _10/20/04_

29

Pt. Name **Rivera, Juan** Pg. 3

SPIRITUALITY:

RELIGIOUS IDENTITY: Catholic

CURRENT BELIEFS: Belief in God

MEANINGFUL LIFE ACTIVITIES: Patient reports he spends most of his time home watching T.V., reading

FEELING ABOUT SELF/OTHERS: Patient reports he feels good and is sociable.

NARRATIVE (DESCRIBE THE PATIENT): Patient is a 30 y/o, unemployed hispanic male presenting a Heroin Dependence history since the age of 17. He reports no significant medical or psychiatric issues. Patient reports he violated N.Y.S Division of Parole 1999 serving time Up State till 7/04. Violation was due to Sale of a Control Substance. Patient was attentive, orientated x 3, cooperative neatly groomed and dressed.

_Edgard Martinez CASAC_
PRINT NAME (COUNSELOR)

10/21/04
DATE

_Edgard Martinez CASAC_
SIGNATURE (COUNSELOR)

54

The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

Patient's Name: Rivera Juan

ID#: _____

## PROGRESS NOTES

ADMISSION DATE: 10/21/04.

| | |
|---|---|
| 10/21/04 | Psych evaluation. |
| | 30 yrs, Single, H, unemployed, children 2 girls |
| | one boy. living in bronx, NY, |
| | Subthx: Heroin age started 17, by sniffing. |
| | Alcohol at the age of 11. Marijuana (?)yrs |
| | Heroin Teel to 15 bag /days. by sniffing. |
| | Last use leant night. No rehabs or Detox thx. |
| | Legal thx: incarcerated in 1999. selling drugs |
| | x5 yrs. July 2004. ended. no parole. |
| | Family hx: None |
| | Medical hx: None |
| | Psychiatric hx: None. |
| | Personal: living alone in bronx. |
| | unemployed. currently, worked on stocks. |
| | MSE: See evaluation. |
| | Dr SHARMA |

55

.The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

**P R O G R E S S   N O T E S**

Patient's Name: Rivera, Juan

ID#: ▒▒▒▒▒▒

ADMISSION DATE: 10/21/04

| | |
|---|---|
| 10/21/04 | Admission Note. |
| |     Patient is a 30 y/o, unemployed on HRA Benifits, active Medicaid, single, father of 3 children ages 12, 9 & 6, Catholic, hispanic male refered by friend to BLHC-KEEP/MMTP due to Heroin Addiction. |
| | Primary: Heroin Dependence. used Mylo intranasal to tolerence levels at 6-10¢ bags daily. Last use 10/20/04 4-10¢ in bags intranasal. |
| | Secondary: None reported. |
| |     Patient reports no significant medical/mental health issues. He was recently released from Prison due to Parole Violation (sale of control substance 1999 till 7/04. He reports no more legal mandate. Patient states a 10th Grd education no GED and has no work history. He states he is presently residing with his girlfriend of 8 yrs. and 1 of his children female 6 y/o. Patient was cooperative, orientated x3, neatly groomed and dressed. He was explained BLHC-KEEP/MMTP rules and regulations. Consent for Treatment and Confidentiality forms were explained and signed by patient. He will be refered to appropriate staff members to complete intake/admission process. |
| |                  Edgard Matiz CASAC |

13

Patient Name: _Rivera, Juan_    ID#: _____

| 10/29/04 | Counselors Note |
| | Writer met with patient for 1:1 session. Session focused on how patient is acclimating to BLHC KEEP/MMTP. Patient reports he is adjusting fine. Mr. Rivera is presently attending FEG'S and will be completing phase 1 by 11/5/04. |
| | Edgard Martin cossc |

| 11/5/04 | Counselors Note: |
| | Writer met with patient for 1:1 session. Focus of session was on patient completing phase 1 at his HRA-FEGS cycle. He reports he will begin job search. Mr. Rivera is also requesting to be increased by 10mg. of Methadone due to insomnia, joint/body pain and shakes during morning hours. His case will be referred to doctor for adjustment of his Methadone dose. Current dose 50mg. |
| | Edgard Martin cossc. |

| 11/5/04 | pt c/o with ∫ Se |
| | [illegible] meds to ↑ pp c 6 |
| | YANG LEE, M.D. |

| 11/10/04 | Counselors Note. |
| | Writer met with patient for 1:1 session. Session focused Formulation of Phase #1 Treatment Plan |
| | Edgard Martin cossc |

12

The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

Patient's Name: Rivera, Juan

ID#: ▓▓▓▓▓▓

PROGRESS NOTES

ADMISSION DATE: 4 | 26 | 05

4/3/05

MM - Psychiatry Admission Note

Patient is a 30yo, Hispanic, male, single with 3 children, lives with his 10yo son, unemployed, on public assistance

Patient is a transfer from the KEEP Program. He reports when he was in the program, he had used heroin 1-2x/month. He last used on 4/25/05 because he missed his methadone dose.

⊕ heroin history :- started at age 17, progressed to daily use right away, 10-15 bags/day sniff

⊕ marijuana history :- started at age 10, progressed to daily use right away, 1-2 blunts daily, last used 5/2/05.

Denies any alcohol problem. Denies use of other illegal drugs.

Psychiatric History:
- Denies any history or present depressive manic or psychotic symptoms. Denies any suicide attempt.

Legal/Jail Hx:
Jailed 4x, robbery, drug selling

Medical Hx:
- Denies any medical problems

Family Medical/Psychiatric Hx:
- ⊕ to: asthma, heart disease - mother

188

The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

Patient's Name: RIVERA JUAN

ID#: ▓▓▓▓▓

**P R O G R E S S    N O T E S**

ADMISSION DATE: 4/26/05

| | |
|---|---|
| 5/3/05 | MD. Psychiatry Notes |
| 8:30 | Patient was seen & evaluated today. |
| AM | Admission notes, MSE done. See attached |
| | notes. |

Ferdinand Banez, MD 964

5/8/05 VOCATIONAL/EDUCATIONAL ASSESSMENT NOTE
Mr. Rivera, Juan is a 38 yrs old single
Hispanic male; transferred from KEEP
→ MMTP. Pt was very cooperative
during the intake. Pt states he
dropped out at 10th grade and his
last job was 2004 doing carpet
installation. Currently he resides
with his mother and son while looking
for jobs.
        Pt states, he spent 7 yrs in
jail for drugs sale. Pt states he
started using drugs at a tender age.
Pt is capable of refraining from
drug use if he complies with treatment
plan: Tx plan:
        Encouraged pt to comply with
clinic rules.
        Encouraged pt to develop a
plan which will help him to obtain
a job. Encouraged pt to avoid
people, places, things. Activity Report I

J. Jones

The Bronx Lebanon Hospital Center
Methodone Maintenance Treatment Program

Patient's Name: Rivera, Juan

ID#: ▮▮▮▮▮▮

PROGRESS NOTES

ADMISSION DATE: 4/26/05

| | |
|---|---|
| 6/15/05 | Effective 6/17/05, pt will receive 2 bottles of Meth 170mg to cover 6/18/05 & 6/19/05. Jahhae PA JOHN LEE PA-C Physician Assistant ELISEO GO, MD |
| 7-7-05 | PATIENT WAS INFORMED OF INVALID MEDICAID CARD, AND UNDERSTANDS THAT HE MUST REVALIDATE HIS MEDICAID CARD BY 8-4-05, FAILURE TO DO SO WILL RESULT IN DETOXIFICATION FOLLOWED BY TERMINATION. DAVID LANSROWT |
| 7-25-05 | MET WITH PATIENT TODAY, HE WAS ASKED HOW HE FEELS ON PRESENT DOSAGE. HE STATED FINE, THE NEGATIVE EFFECTS AND DANGERS OF ILLICIT DRUGS WAS DISCUSSED. HIS TREATMENT PLAN WAS ALSO DISCUSSED WITH HIM WHICH HE SIGNED. DAVID LANSROWT Counselor |
| 7-28-05 | MET WITH PATIENT TODAY, HE WAS GIVEN DETOXIFICATION FOLLOWED BY TERMINATION LETTER WHICH HE SIGNED HE UNDERSTANDS THAT HIS DETOX WILL BEGIN ON August 8, 05 if HIS MEDICAID IS NOT RECERTIFIED. DAVID LANSROWT Counselor |

81

Patient's Name: Rivera, Juan                    ID#: ▓▓▓▓▓

| | |
|---|---|
| 8-8-05 | PATIENT DETOX WILL BEGIN TODAY DUE TO fiscal NON COMPLIANCE. DAVID Lonswort Counselor |

8/8/05  order detox
        be thru  8/8 — 8/2x/xt
                                    YANG LEE, M.D.

8-22-05  MET WITH PATIENT TODAY, HE STATED THAT HE missed THE WEEKEND BECAUSE HE was OUT OF TOWN. HE STATED THAT HE DID ~~NOT~~ used illicit DRUGS 3 BAGS OF HEROIN, HE was SENT TO submit urine, HE was counseled ABOUT THE DANGER OF illicit DRUGS.                   DAVID Lonswort Counselor

9/6/05  Pt has valid medicaid. Detox stopped & pt reinstated on Meth 90mg O-1, Meth 100mg O-1, Meth 110mg O-1, Meth 120mg O-1, Meth 130mg O-1, Meth 140mg O-1, Meth 150mg O-1, Meth 160mg O-1, then Meth 170mg 99x Go.
                                    JOHN LEE RPA
                                    ELISEO GO, MD

9-6-05  PATIENT SUBMITTED ACCEPTANCE LETTER FROM HRA INDICATING full medical coverage from 8-1-05 To 7-31-06. 80 SEE CORRESPONDENCE SECTION IN CHART. DAVID Lonswort Counselor

The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

Patient's Name: RIVERA JUAN

ID#: ▓▓▓▓▓▓▓

**PROGRESS NOTES**

ADMISSION DATE: 4-26-05

| | |
|---|---|
| 8-22-05 | MET WITH PATIENT TODAY, HE WAS ENCOURAGED TO STAY FREE FROM ILLICIT DRUGS. THE NEGATIVE EFFECT OF ILLICIT DRUG USE WAS DISCUSSED. HE STATED THAT HE IS STABLE ON HIS PRESENT DOSAGE.<br><br>DAVID LANSROT<br>COUNSELOR |
| 9-22-05 | MET WITH PATIENT TODAY, HE WAS INFORMED OF OPIATE USE ON 8-22-05 HE ADMITTED TO USING AND STATED "I STOPPED". HE WAS COUNSELED ABOUT THE DANGERS OF ILLICIT DRUG USE, AND WAS ENCOURAGE TO STAY AWAY FROM AREA THAT SELL DRUGS.<br>DAVID LANSROT<br>COUNSELOR |
| 10-15-05 | MET WITH PATIENT TODAY HIS TREATMENT PLAN WAS DISCUSSED WITH HIM WHICH HE SIGNED.<br><br>DAVID LANSROT<br>COUNSELOR |
| 11-3-05 | MET WITH PATIENT TODAY HE STATED THAT HE IS PLANNING TO MOVE TO ANOTHER PROGRAM BECAUSE HE WANT TO CLOSE TO THE CLINIC. PATIENT WILL GET BACK TO COUNSELOR. DAVID LANSROT COUNSELOR |

79

Patient Name: __Rivera, Juan__     ID#: ███████

| | |
|---|---|
| 11/4/05 | Supervisory Note |

Pt is approved for one take home bottle due to work. Pt will be working in New Jersey at 6AM. Pt will provide toll receipt. Anthony DiMartino, MSW

ANTHONY R. DiMARTINO, MSW, CASAC-T.

Counseling Supervisor

11/4/05 Pt will recieve (2) bottles of Meth 170mg to cover 11/5/05 & 11/6/05. Pt will return 11/7/05 to resume Meth 170mg 99X6

_John Lee RPA, Physician Assistant_

12/20/05 Supervisory Note    EGrom

Writer met ē pt in the absence of primary counselor. Pt self reported using opiates due to missing a clinic visit. Pt was encouraged to attend all clinic visits and remain substance free. Primary counselor will be informed.

ANTHONY DiMARTINO, MSW, CASAC
COUNSELING SUPERVISOR          Anthony D'Martino, MSW

1/20/06 Supervisory Note

Writer met ē pt for an individual session in the absence of primary counselor. Pt provided documentation which indicates that he will visit his brother in prison on 1/21/06. (see correspondence) for bus ticket. Pt is requesting one take home bottle for 1/24/06 and he will return on 1/23/06. His case will be referred to doctor for order.

ANTHONY DiMARTINO, MSW, CASAC
COUNSELING SUPERVISOR

Anthony D'Martino, MSW, CASAC

The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

Patient's Name: Rivera Juan

ID#: _____

**P R O G R E S S   N O T E S**

ADMISSION DATE: 4·26·05

| | |
|---|---|
| 3/9/06 | Effective 3/10/06, pt will pick up 2 bottles of Methadone 170 mg. to cover 3/11/06 + 3/12/06. Effective 3/13/06, pt will return & resume regular schedule of Methadone 170mg 99X6 |

The risk of diversion or misuse is outweighed by the rehabilitative benefits to be derived and the patient's demonstrated overall responsibility in the handling of methadone.

John Doe PA

Morankeji Fagbemi MD

| | |
|---|---|
| 3.9.06 | Counselor note |

As per ms. mondol. Patient's request for weekend pick up has been approved.

Patient has submitted documentation that he will be going to see a family member who is incarcerated upstate. Patient will return to 99X6 schedule on 3/13/06.

Patient self-reports all targeted life areas are problem free at this time.

m. matias CASAC

MICHAEL MATIAS CASAC
METHADONE COUNSELOR

| | |
|---|---|
| 3/14/06 | Take Home Community: |

Counselor presented to the take home committee a request for reduction in pick up schedule from 6x to 5x. Patient toxicology shows no usage at this time. Patient is employed half time doing construction/painting. Pick up was approved.

74

| DATE | RIVERA JUAN          CONTINUATION SHEET ▓▓▓▓▓          PAGE:_____ |
|------|---------------------------------------------------------------------|
| 06.16.06 | Counselor note |
| | Patient & counselor met for an unscheduled |
| | Counseling session. |
| | Patient was presented z # 30 day notice of |
| | invalid Medicaid Benefits. Patient was |
| | unaware of this status. Patient states he |
| | will address this issues right away. |
| | Patient was given positive affirmation on |
| | His Progress in Treatment. |
| | Patient denies any Problems in the non |
| | Targeted life areas at this time. |
| | M. Mathias CASK |
| | MICHAEL MATIAS CASAC METHADONE COUNSELOR |
| | |
| 07.7.06 | Counselor note |
| | Counselor met z Patient for a scheduled |
| | Counseling session. Patient self-report he continues |
| | To Maintain his abstinence from all illicit Drugs. |
| | Patient was given His 2nd notice for failure |
| | To re-instate his Medicaid Benefits Dated 7.7.06 |
| | (7.17.06. Detox Date) |
| | Patient verbalizes that he has already Been |
| | To the welfare & completed the paperwork |
| | Patient was strongly encourage to Follow up |
| | z this issue.          M. Mathias CASK |
| | MICHAEL MATIAS METHADONE COUNSEL |

ALL ENTRIES MUST BE DATED AND SIGNED.

73

The Bronx Lebanon Hospital Center
Methadone Maintenance Treatment Program

**P R O G R E S S   N O T E S**

Patient's Name: ~~Gilroy EDO~~ *Kirsten Joan*

ID#: ~~[redacted]~~

ADMISSION DATE: 04.26.06

| | |
|---|---|
| 10.9.06 | Counselor note |
| | Patient is being presented for Phase change |
| | on 10/10/06, at his request. |
| | Patient has (3) months of clean urines. |
| | note: Patient was referred to a 99x6 schedule due to |
| | His being incarcerated in the month of July of |
| | M. Matias CASAC |
| | MICHAEL MATIAS, CASAC |
| | METHADONE COUNSELOR |
| | |
| 10/10/06 | TAKE HOME COMMITTEE |
| | This patient case was presented via |
| | primary counselor for a reduction in |
| | pick up schedule from 6x to 5x a |
| | week. Patient toxicology indicates |
| | no illicit substances and no |
| | heroin usage since July 20, 2006. |
| | Patient case was approved, and |
| | pick-up change will be effective |
| | 10/13/06. |
| | Madonna Mondol |
| | MADONNA ASH MONDOL, MSW, CASAC |
| | CLINICAL SUPERVISOR |
| | |
| 10/10/06 | Phase Change: |
| | Pt placed on Methadone 170mg 99X5. |
| | JOHN LEE, RPA |
| | PHYSICIAN ASSISTANT |
| | |
| | JOHN P. HICKEY, MD |
| | N.Y.S LICENSE # 223692 |
| | DEA # BH7669407 |

67

Patient Name: _Rivera Juan_          ID#: ▓▓▓▓▓

| | |
|---|---|
| 2/28/07 | Counselor note |
| | Patient met c Counselor for scheduled |
| | And counseling session. |
| | Patient was strongly encourage to re-instate |
| | his medicaid Benefits, & stops his ARM instering |
| | DETOX. |
| | Patient denies any Problems in the remaining |
| | non- targeted life areas. |
| | _M. Matias CASAC_ |
| | MICHAEL MATIAS, CASAC / METHADONE COUNSELOR |
| 3/14/07 | Counselor note |
| | Patient has not made Program Contact |
| | out reach letter will be sent out. |
| | _M. Matias CASAC_ |
| | MICHAEL MATIAS, CASAC / METHADONE COUNSELOR |
| 4/2/07 | Discharge note |
| | Patient is Being discharge due to leaving |
| | against clinical advice. |
| | L O M          C. C. V.    Dosage 60 mgs. |
| | 3/14/07          3/14/07 |
| | _M. Matias CASAC_ |
| | MICHAEL MATIAS, CASAC / METHADONE COUNSELOR |
| 4/2/07 | NURSES NOTES — |
| | Patient descharged from MMTP. |
| | against clinical advise. |
| | ✓ MD = 3/14/07  60mg.  M Foster |
| | M F S A P A CN |

65

LEBANON HOSPITAL CENTER
## METHADONE CLINIC

PATIENT NAME: _Rivera Juan_    ID# ▓▓▓▓▓▓

✓ = Positive          O = Negative

| DATE | METH | OPIATE | COCAINE | BENZO. | ALCOHOL | CREAT. | OTHER CANNAB | PCI |
|------|------|--------|---------|--------|---------|--------|--------------|-----|
| 7.20.06 | ✓ | ✓ | 0 | 0 | 0 | | | |
| 8.18.06 | ✓ | 0 | 0 | 0 | 0 | | | |
| 8.30.06 | ✓ | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| 9.20.06 | ✓ | 0 | 0 | 0 | 0 | | ✓ | |
| 9.29.06 | ✓ | 0 | 0 | 0 | 0 | | ✓ | |
| 10.2.06 | ✓ | 0 | 0 | 0 | 0 | 122 | ✓ | |
| 10.10.06 | ✓ | 0 | 0 | 0 | 0 | 142 | ✓ | |
| 10.17.06 | ✓ | 0 | 0 | 0 | 0 | 140 | ✓ | |
| 10.23.06 | ✓ | 0 | 0 | 0 | 0 | 120 | ✓ | |
| 10.31.06 | ✓ | 0 | 0 | 0 | 0 | 134 | ✓ | |
| | | | | | | | | 0 |
| 01.3.07 | ✓ | 0 | 0 | ✓ | 0 | 129 | ✓ | 0 |
| 1.8.07 | ✓ | 0 | 0 | 0 | 0 | 203 | ✓ | 0 |
| 1.16.07 | ✓ | 0 | 0 | 0 | 0 | 75 | ✓ | 0 |
| 1.22.07 | ✓ | 0 | 0 | 0 | 0 | 343 | ✓ | 0 |
| 2.12.07 | ✓ | 0 | 0 | 0 | 0 | 64 | ✓ | 0 |
| 2.20.07 | ✓ | 0 | 0 | 0 | 0 | 185 | ✓ | 0 |
| 2.6.07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.1.07 | ✓ | 0 | 0 | 0 | 0 | 193 | ✓ | 0 |
| 3.5.07 | ✓ | 0 | 0 | 0 | 0 | 249 | ✓ | 0 |
| | | | | | | | | |
| | | | | | | | | |

DF/wes3

## BRONX LEBANON HOSPITAL CENTER
## METHADONE MAINTENANCE TREATMENT PROGRAM
## DISCHARGE SUMMARY

Patient Name: _RIVERA, JUAN_  ID#: ___

Address: _1185 FULTON AVE BX NY. 10456_

Phone#: _(718) - 842 - 5056_

Last Clinic Visit: _3/14/07_

Final Methadone Dosage: _60 mgs_

Admission Date: _4/25/05_

Last Day of Medication: _3/14/07_

Discharge Date: _04/02/07_

**Reason for Discharge:**

_Left against clinical advice_

**Presenting Problem and Admission Diagnosis:**

_Heroin Dependence_

_Cannabis Dependence_

_Nicotine Dependence_

**Course of Treatment (including treatment modality and response):**

1. **Substance Abuse:**

_Patient received methadone dosages daily. Patient participated in ind. Counseling sessions 1X monthly._

2. **Psychiatric:**

_N/A_

**Other (all other areas that were a focus of treatment):**

_N/A_

60

Treatment Status at Discharge: _Patient was actually using_
_marijuana only. Patient was on administrative_
_detox due to fiscal non-compliance._
_____
_____

Discharge Plan and Referrals:

1.    Substance Abuse:
            _no referral made_
_____
_____
_____

2.    Psychiatric:
            _no referral made_
_____
_____
_____

3.    Other (all other areas that were a focus of treatment):
            _N/A_
_____
_____

Is this Patient Eligible for Readmission? YES [    ]  OR  NO [    ]?
Explain: _____
_____
_____
_____
_____

_patient's signature not available._

Patient's Signature: _____    Date: _____

(Print Name) _____

Primary Counselor's Signature: _M. Matias CASAC_    Date: _4/2/07_

(Print Name) _____ MICHAEL MATIAS, CASAC
                        METHADONE COUNSELOR

61

2