UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :      ORDER
                                   :
JUAN RIVERA,                       :      07 Cr. 430 (JSR)
                                   :
                  Defendant.       :
                                   :
- - - - - - - - - - - - - - - - - x

       WHEREAS, a hearing has been set by this Court for September 15, 2021, to hear evidence concerning reported violations of the conditions of supervised release by the defendant, Juan Rivera;

       AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the Southern District of New York for the defendant, Juan Rivera, including probation officer chronological case notes, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; United States v. Giglio, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

       IT IS HEREBY ORDERED that the U.S. Probation Office for the Southern District of New York provide a copy of the complete

1

case file maintained for the defendant, Juan Rivera, to Assistant United States Attorneys Allison Nichols and Jonathan Bodansky.

SO ORDERED:

Dated:    September 12, 2021
          New York, New York

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK